IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    Plaintiff

    v.

ROBERT PALENCAR,

    Defendant.

CIVIL ACTION NO. 3:15-CV-110

## JUDGMENT ON FAILURE TO ANSWER

Upon filing the Waiver of Service of Summons and proof by the affidavit of William F. Larkin, Assistant United States Attorney, on behalf of RICHARD S. HARTUNIAN, United States Attorney, Northern District of New York, Plaintiff's attorney, verified on April 6, 2015, that the said defendant has not appeared in this action in any manner,

NOW, on MOTION of RICHARD S. HARTUNIAN, United States Attorney, by William F. Larkin, of counsel, the plaintiff's attorney, it is hereby adjudged that the United States of America, the plaintiff, whose address is United States Attorney's Office, 100 South Clinton Street, P.O. Box 7198, Syracuse, New York 13261-7198, recover of Robert Palencar, defendant, who resides at: 49 Griswold Street, Binghamton NY, damages in the total amount of $132,377.04.

_____
Clerk of Court

BY: s/ Joanne Bleskoski
    Deputy Clerk